# United States District Court

------------------------- DISTRICT OF KANSAS--------------------------

**ROBIN MESSERLI, individually and
as personal representative of the Estate
of Decedent Kyle Messerli, and on
behalf of all others similarly situated,**

                 **Plaintiff,**

v.                                                                                    Case No. 22-2305-DDC-TJJ

**AW DISTRIBUTING, INC.,
AW PRODUCT SALES & MARKETING,
INC.,
FALCON SAFETY PRODUCTS, INC.,
NORAZZA, INC.,**

                 **Defendants.**

## JUDGMENT IN A CIVIL CASE

☐   Jury Verdict.  This action came before the Court for a jury trial.  The issues have been tried and the jury has rendered its verdict.

☒   Decision by the Court.  This action came before the Court.  The issues have been considered and a decision has been rendered.

**Defendant Falcon Safety Products, Inc. was dismissed from this action consistent with the Memorandum and Order (Doc. 60) filed on June 30, 2023.**

**Plaintiff shall take nothing and this action is dismissed consistent with the Memorandum and Order (Doc. 81) filed on October 20, 2023.**

    10/20/2023                                               SKYLER B. O'HARA
        Date                                                     CLERK OF THE DISTRICT COURT

                                                             by:   s/ Megan Garrett
                                                                  Deputy Clerk